IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 5:24-CR-01 |
| | § | JUDGES SCHROEDER/BAXTER |
| BRANDON TERRELL WEBSTER (05) | § | |

## FACTUAL BASIS

Investigation by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Drug Enforcement Administration (DEA), Texas Department of Public Safety (DPS), and City of Texarkana (Texas) Police Department (TTPD) disclosed the following facts that establish that I, the defendant, **Brandon Terrell Webster**, violated 21 U.S.C. § 846 (Conspiracy to Distribute Methamphetamine), as charged in Count One of the indictment, and that I accept as true and correct:

1.      That I, the defendant, **Brandon Terrell Webster**, am changing my plea to guilty and I am the same person charged in the indictment;

2.      That the events described in the indictment occurred in the Eastern District of Texas;

3.      That, beginning in or around October 2022, I agreed with one or more other persons to distribute methamphetamine;

4.      That I knew of the unlawful purpose of the agreement;

5.      That I joined in the agreement willfully, that is, with the intent to further its unlawful purpose;

**Factual Basis - Page 1 of 3**

6.     Specifically, on October 2, 2023, I delivered what was later analyzed and determined to be 78.5 grams of methamphetamine (actual), a Schedule II controlled substance, to my co-conspirator at his residence located at 5210 W. 7th Street, Apartment 2, in Texarkana, Bowie County, in the Eastern District of Texas, which he then sold to an individual I have since learned was working as a confidential informant (CI) for law enforcement in exchange for U.S. currency;

7.     I admit and stipulate that the United States could prove that the substance my co-conspirator and I knowingly possessed was in fact methamphetamine (actual), a Schedule II controlled substance;

8.     I admit and stipulate that I knowingly possessed the methamphetamine (actual) with the intent to distribute it;

9.     I stipulate that the United States is entitled to an order of forfeiture for the following:

**Cash Proceeds**:

A sum of money equal to $5,000.00 in United States currency, and all interest and proceeds traceable thereto, representing the amount of proceeds I obtained as a result of the offense alleged in Count One of the indictment and any relevant conduct, for which I am personally liable.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGEMENT

I have read (or had read to me) this Factual Basis and I am pleading guilty to Count One of the indictment in this case because I am guilty of the violation alleged. I have had an opportunity to consult with an attorney and I am satisfied with the advice and

**Factual Basis - Page 2 of 3**

counsel that he has provided me. I acknowledge that I violated 21 U.S.C. § 846 (Conspiracy to Distribute Methamphetamine). I hereby stipulate that the facts described above are true and correct and accept them as the uncontested facts of this case.

Dated: 10/21/25          _Brandon Webster_
                         BRANDON TERRELL WEBSTER
                         Defendant

## DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGEMENT

I have read this Factual Basis and the indictment and have reviewed them with my client. Based on my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment and that he has signed the Factual Basis voluntarily.

Dated: 10-21-25          _____
                         JOSHUA LANDES POTTER
                         Attorney for Defendant

**Factual Basis - Page 3 of 3**